CADE <i>et al. v.</i> DuBose.

ATKINSON, J. In his certificate the presiding judge omits to certify that the bill of exceptions is true. The motion of counsel for defendant in error to dismiss the writ of error must prevail. See *Lawrence v. Monticello*, 65 *Ga.* 298; *Parmelee v. Savannah Ry.*, 72 *Ga.* 216; *American Freehold Co. v. Candler*, 80 *Ga.* 366; *Hawkins v. Americus*, 102 *Ga.* 788. *Writ of error dismissed. All the Justices concur, except Fish, C. J., absent.*

Submitted May 23,—Decided July 5, 1906.

Motion to dismiss the writ of error.

*J. N. Worley*, for plaintiffs in error.    *W. D. Tutt, Jr.*, contra.